# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-2912
_____

CRISTINA MORRIS,

Appellant,

v.

BAOWEI XIA,

Appellee.

_____

On appeal from the Circuit Court for Alachua County.
Donna M. Keim, Judge.

April 11, 2019

PER CURIAM.

AFFIRMED.

ROBERTS, KELSEY, and WINSOR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Jennifer Cates Lester of Dell Salter, P.A., Gainesville, for Appellant.

Jack M. Ross and Krista L.B. Collins of Siegel Hughes & Ross, Gainesville, for Appellee.